# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 SEP 18 P 3: 46
STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Luanne Marie Kelscheuer
5873 Holscher Road
McFarland, WI 53558

v.

(Full name of defendant(s))

Judge Richard Niess
215 S Hamilton Street
Madison, WI 53703

Case Number: **18-C-1462**

2018FA2064-2018FA2026
(to be supplied by Clerk of Court)

Case NO. 15CV343
15CV 344
Grand Parents Visitation Rights.

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   5873 Holscher Road McFarland, WI 53558
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Judge Richard Niess__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin, United States__

and (if a person) resides at __Not Known__ (State, if known)

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __Dane County Court, 215 S. Hamilton St, Madison WI 53703__
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Greg Straub from DWD Civil Rights and Manager Byron Bishop - Department of Civil Rights. I spoke with Chief Greg Straub, by phone and he said that I have a right to do a federal Law Suit aganst Judge Richard Niess. Manager Byron Bishop, forward a letter of the same.

(1) regarding Judge Richard Niess.
Judge Richard Niess, wrote Libel + Slander. Both verbal and written defamation to my reputation. Judge Richard Niess, made mistakes, not abiding by a contract between

See documents in File Folder

myself Luanne Kalschure, my grandchildren ~~Aaron R~~ Job, and Amy and Jeremy Job. The contract was for me to seek counseling and have grandparents visitation rights back. I did what was asked on my part of the contract and was seen by (3) three psychiatrist, please see attached. Judge Niess, did not. I proved I had no paranoia like he said or any thing else wrong. Common Law: once a plaintif proves that a statement was defamation, the court presumed the statement was false. Judge Niess was dismissed from this case due to Libel and Slander, Also discrimination Judge Josann Reynolds, Presiding, on April 24, 2018 on a motion Hearing for grandparents visitation rights. She said she could not help in this matter, to take this up higher. I asked Judge Josann Reynolds is this case a conspiracy? She knodded her head yes and her hands up in the air as she stood by her podium.

(2) What each defendant did. Judge Richard Niess withholding my grandchildren A███ and R███ Job, as if I was the Criminal. Libel and Slander verbal and writing abuse. I wrote documentation dated August 23, 2018, Recieved on August 24, 2018 in by the Dane County Circuit Court, and no response was made. See document file folder.

(3) Judge Richard Niess, has done Libel + Slander from 2016 through 2017 in all motion Hearings

(4) Where did all happen, in the Dane County Circuit Court hearings

(5) Why did this happen: Do to Conspiracy and Discrimination. Please See all Documentation.

I am an Honor Student Juani M Kutscher with Madison College in 2018.
2000 - Human Relations to Psychology, Communications 1 and 2 - Marketing, Business Math.
2016 - Guardian Ad Litem for Children + Adults
2018 - Psychology
Now working with children - and going onto School Lt. 2018 - of September

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 SEP 18 P 3: 46
STEPHEN C. DRIES
CLERK

# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Luanne Marie Kalscheur
5873 Holscher Road
McFarland, WI 53558

v.

(Full name of defendant(s))

Attorny Ginger Murray
152 W Johnson St.
#210
Madison WI 53703

Case Number:

**18-C-1462**

2018FA 2064 - 2018 2026
(to be supplied by Clerk of Court)

Case No. 15CV343
15CV344
Grandparents Visitation Rights.

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __5873 Holscher Road, McFarland WI 53558__
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Attorny Ginger Murray__
   (Name)
   is (if a person or private corporation) a citizen of __United States__

(State, if known)
and (if a person) resides at  4705 Ice Pond McFarland, WI 53558
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

① Who violated your rights, Attorney Ginger Murray, is Amy + Jeremy Job's attorney since 2018. This is also Michael Kashu's attorney since 2014. Attorney Murray is also claiming that she is a Guardian Ad Litem for both A— + R— Job. I believe Jeremy + Amy Job cannot have the same attorney as their Dad, Michael Kashu. Cross reference - Conspiracy. I'm not the criminal in this case, but their are sexual

② What each defendant did. Attorney Murrey has been keeping my granchildren A▇ & R▇ Job from me. Competency of Attorney Murrey is not so good. Her work Compentsy to take on Amy & Jerey Job as a client, never recieve replies or responses back. Wisconsin Statutes says when you don't return a phone call or a written response you are incompetent to your practices.

③ When they did it. Attorney Murrey has Just started with this case in 2018 and has taken over Amy & Jerey Job with grandchilden as well in conspiracy with Michael Kashur ex husband. The way I see Attorny Murrcy is with unclean hands of her practices. you do Not need to be an attorny to see Conspiracy Incompetancy, Discrimination.

④ where it happen. in all court hearing & in writing of Libel & Slander

⑤. why did this happen? Conspiracy Discrimination, Incompetency
I tell the whole truth & nothing but the truth

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2018 SEP 18 P 3: 46
STEPHEN C. DRIES
CLERK

# COMPLAINT

(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Luanne Marie Kalscheuer
5873 Holscher Road
McFarland, WI 53558

v.

(Full name of defendant(s))

Michael L Kalscheuer
4705 Ice Pond Road
McFarland, WI 53558

Case Number:

**18-C-1462**

2018FA2004 - 2018FA2026
(to be supplied by Clerk of Court)

Case NO. 15CV343
15CV344
Grandparents Visitation
Rights.

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)

   5873 Holscher Road, McFarland, WI 53558
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Michael Kalscheuer__
   (Name)
   is (if a person or private corporation) a citizen of __United States__

and (if a person) resides at 4705 Ice Pond McFarland, WI 53558 (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Chief Greg Straub, from DWD, said I have a Right to a Federal Lawsuit against Judge Richard Niess, and recieved a letter from Manager, Byron Bishop from DWD Civil Rights.

(1) Judge Richard Niess, violated my rights. Also, included in this violation, is my ex-husband Michael Kalcheuer. When said he will take everything away from me on December 25, 2013 right before our Divorce on January 13, 2014. interference with my grandchildren. A— + R—
Job.

② What each defendant did; Michael Kalscheur moved in to Amy & Jerery Job's Home in 2015 but possibly earlier 2014 right after our divorce. Michael Kalscheur, has ample income to be on his own. He wanted every thing & one people taken away.

③ When they did it. Michael Kalscheur, has been and still is today been interfering since 2013. Since Seperation & than after Divorce.

④ Where it happened; Personal Home, Court hearings. From 2013 to 2018

⑤ Why did it happen; Michael threatens my life – Conspiracy & Discrimination – Michael Kalscheur is an abusive person, nor should he beliving with Amy & Jerery Job.

I tell the truth the whole truth & nothing but the truth –

Linn Tashu

# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 SEP 18 P 3: 46

STEPHEN C. DRIES
CLERK

(Full name of plaintiff(s))

Luanne M Kalscheuer
5873 Holscher Road
McFarland, WI 53558

v.

(Full name of defendant(s))

Amy and Jeremy Job
4705 Ice Pond Road
McFarland, WI 53558

Case Number: **18-C-1462**

2018FA2064 - 2018FA2026
(to be supplied by Clerk of Court)

Case No. 15CV343
15CV344
Grandparents Visitation Rights

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__ and resides at
   (State)
   __5873 Holscher Road, McFarland, WI 53558__
   (Address)

(If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Amy and Jeremy Job__ (Name)
   is (if a person or private corporation) a citizen of __United States__

and (if a person) resides at 4705 Ice Pond McFarland WI 53558 (State, if known)
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _____
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

I spoke with Greg Straub, from DWD Civil Right Department, he said I have a right to a federal Law Suit against, Judge Richard Niess. Manager Byron Bishop forward a letter saying an appeal of a Federal Law Suit.
① Who violated my rights, Amy + Jeremy Job. I wrote my my daughter Amy + son in law a letter regarding the abuse, I personally witnessed + also was told by my grandchildren A▇▇ + R▇▇ Job. I wrote this letter to open both Amy + Jeremy Job's eyes, and to seek some kind of counseling.

① Cont.

I did not want anyone else to turn them in for abuse. I have not seen my beatiful grandchildren A— Maie "Precious") + A— Jerey Handsone for almost (4) four years.

② What did each defendant do: Both Amy + Jerey Job, did not abide by a contract and also court hearings. Once, my counseling was done, to resume a regular life again with my grandchildren —

③ When they did, all courthearing when they would not grant visitetion rights Libel + Slander

④ Dane County Court House, 215 S. Hamilton. Madison, W7 53703.

⑤ Why did it happen? Conspiracy, Discrimination against myself. I honestly, believe, that Amy + Jerey Job, were very upset with my relationship, with my grandchildren A— + R— Job. I only tell the truth and nothing but the truth. Lian Tasher

I'm not sure of Juridiction
Please ✓ the correct one Thank you,

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I want to be awarded my grandchildren For Visitation Rights - I would like myself Luanne Kalschein, and my grandchildren A▇ & R▇ Job, to be awarded money For the past (4) Four years on not being together. As I said previously Greg Straub + Manager Byron Bishop say I have a Federal Law Suit against Judge Richard Niess. and I would like to see Attorney Ginger Murry also Federal Law Suit. Judge Jossan Reynolds - is a special person to me - She acknowledge Conpiracy on April 24, 2018 in a Court Hearing

E.  **JURY DEMAND**

   I want a jury to hear my case.

   ☐ – YES     ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_____
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.