Case No 2018F8 2064
Case No 2018FA 2026
Case No 15CV343
Case No. 15CV344

September 16, 2018

To: Clerk of Courts, United States District

    I am writing this letter to inform you that I have a right to a Federal Law Suit, against Judge Richard Niess.

    (Chief) Greg Straub, from DWD, Civil Rights, whom I spoke with on the phone and also received a letter that I have the Right to Have a Federal Law Suit against Judge Richard Niess. (Manager) Byron Bishop, from DWD Civil Rights, also in a written document said to do an appeal.

    I would also, like to have a Federal Law Suit on Attorney Ginger Murray, in this case. For Libel and Slander, Conspiracy and Discrimination. Attorney Ginger Murray, She has NO Rights to take on this case, of Grandparents Visitation Rights. This is due to conflict of interest, as Attorney Ginger Murray, is my ex-husbands Attorney. Please see all attachments.

    At this time I am unable to pay the $400.00 dollars, due to poverty, but when I win this case, with you and the words of (Chief) Greg Straub and (Manager) Byron Bishop, I will be able to pay you in full.

    Honorable Judge Josann Reynolds, Presided on April 24, 2018. Standing at her podium, I asked her if this case of Grandparents Visitation Rights is a Conspiracy. Her reply was, nodding her head yes and her placing her hands up in the air. Judge Josann Reynolds, said to take this case up higher.

    **I am asking for Compensation, of Breach of Contract, Libel and Slander, Wrongful doing, Negligence. For not receiving Grandparent's Visitation Rights, after completing my counseling.**

    I am an Honor Student, with Madison College, in Psychology. I am asking for myself (Luanne Kalscheuer) and (Alex and Riley Job) on compensation for all of the above mentioned in this paragraph. My Grandchildren, Alex, Riley Job and myself Luanne Kalscheuer, grandmother have been separated for almost four years. I miss my beautiful grandchildren. Riley "Precious" and Alex "Handsome".

    Please help in this case of Grandparents Visitation Rights and let JUSTICE be done. I tell the whole truth and nothing but the truth in all of my writing. Luanne Marie Kalscheuer

    Please see all attachment's and documents in file folder. If you are in need of any other information, please contact me at one of the following, or all:

Thank you for all your help.

Sincerely,

*Luanne M Kalscheuer*

Luanne M Kalscheuer
5873 Holscher Road
McFarland WI 53558
Phone: 608-712-0273
Email: lu.kalscheuer@aol.com