E.  JURY DEMAND

   I want a jury to hear my case.

   ☐ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this _____ day of _____ 20_____.

                    Respectfully Submitted,

                    *[signature]*
                    Signature of Plaintiff

                    _____
                    Plaintiff's Telephone Number

                    _____
                    Plaintiff's Email Address

                    _____

                    _____
                    (Mailing Address of Plaintiff)

                    (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒  I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐  I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

Case 2:18-cv-01462-PP   Filed 09/18/18   Page 1 of 1   Document 1-3