UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2018 SEP 18 P 3: 46

STEPHEN C. DRIES
CLERK

Luanne M Katscheuer
Full name of plaintiff(s)

18-C-1462

v.

Case No. 2018FA2024-2018FA2026
(Provided by the Clerk of Court)
Case No. 15CV343
        15CV344
Grandparents Visitation Rights

Judge Richard Niess
Full name of defendant(s)

# NON-PRISONER REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

Answer the following questions to the best of your ability.
**Note:** If you do not tell the truth, the Court may dismiss your lawsuit.

## I. Personal Information

1) Are you employed?  ☒ Yes  ☐ No

2) Are you married?  ☐ Yes  ☒ No
   If "Yes," is your spouse employed?  ☐ Yes  ☐ No

3) Do you have any dependents that you are responsible for supporting?
   ☐ Yes   ☒ No
   If "Yes," list them below:

| Name or initials (for minor children only) | Relationship to You | Age | Amount of Support Provided per Month |
|---|---|---|---|
| — | — | — | $ |
| — | — | — | $ |
| — | — | — | $ |

II. **Income** – If you are married, your answers *must include your spouse's income.* (When calculating income, include any wages, salary, rent, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts and inheritance, or other money you receive from any source.)

1) State your total *monthly* wages or salary? $ 500.00 Maintenance
+ 140.00 Lapetite childcare week.

2) Provide the name and address of your employer(s): La petite Academy 2380 Montana Ave, Sun Prairie, WI 53590
I Just started parttime @ $9.50 an hour

3) State your spouse's total *monthly* wages or salary? $ 58,000.000 2017
GE Healthcare $ 67,000.00 2016.

State the amount of money you have received from any other source in the last twelve months, such as the sources listed above. Please attach an additional sheet if necessary.

Source of income | Amount

Pick N Save Jan 2018 - May 2018  $ 5,900.00 wages
Monadatory Settlement $50000 take Home $ 3,200.00
Medical Assistant w/ Wisconsin –

III. **Expenses** – If you are married or have dependents, *your expenses should also include your household's expenses.*

1) Identify the following amounts that you pay per month:

☐ Rent  or  ☒ Mortgage         $ 557.24  1st + 2nd Mortgage

Car payment(s)                  $ 0.00

Alimony or court-ordered child support $ 0.00

Credit card payment(s)          $ 6,000.00

Other household expenses        $ See next page.
(e.g., groceries, clothing, medical costs, utilities, cell phone, internet, etc.)

2) Do you have any other *monthly* expenses that you have not already listed?
☒ Yes ☐ No

If "Yes," list them below:

| Expense | Amount |
|---|---|
| Gas | $ 80.00 month |
| Car Insurance | $ 65.65 a month |
| Home | $ 65.00 month |
| Education | 800.00 + $66. amont |

3) What are your total *monthly* expenses? $ 2,018.54, But again this is not having alot of essentials—

**IV. Property** – If you are married, your answers must *include your spouse's property.*

1) Do you own a car? ☐ Yes ☐ No    If "Yes," list car(s) below:

| Make and Model | Year | Approximate Current Value |
|---|---|---|
| | | $ |
| | | $ |

2) Do you own your home(s)? ☒ Yes ☐ No

If "Yes," state the approximate value(s). $ 235,000.00

What is the amount of equity (assessed value of residence minus outstanding mortgage balance) in the home(s)? $ 125,000.00

3) Do you have any cash or checking, savings, or other similar accounts?
☒ Yes ☐ No

If "Yes," state the total of such sums. $ 251.00 But for motgage payment.

4) Do you own any other property of value, such as real estate, stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401 k), artwork, or jewelry?

☐ Yes   ☒ No

If "Yes," describe the property and the approximate value(s).

_____

V. **Other Circumstances** – Describe any other financial circumstance(s) that you would like the Court to consider when reviewing this petition.

I'm on poverty - over $6,000.00 on a Credit Cards debt due to my ex husband of maintenance, which I have a federal Law Suit against Judge Frank Remington. I also had to take out a second mortgage of $20,000.00 due to lack of income since 2014. This $20,000.00 has already been used.

I, Susan Kashu, declare that I am the plaintiff bringing this complaint. I declare that I am unable to prepay the fee and that I am entitled to the relief sought in the complaint. I declare under penalty of perjury that the foregoing is true and correct.

_9-16-18_  _Susan Kashu_
**Date**            **Signature**