| Luanne Marie Kalscheuer | 2018 OCT 16  P 12: 13 | Case No. 18-CV-1462 |
| Plaintiff | | |
| V | STEPHEN C. DRIES | |
| Judge Richard Niess | CLERK | October 14, 2018 |
| Attorney Ginger Murray | | |
| Michael Kalscheuer | | |
| Amy Job | | |
| Jeremy Job | | |
| Defendants | | |

### (Objections) to Report and Recommendation
### To Dismiss Action on Preliminary Review

First, yes (I) Luanne Marie Kalscheuer, did file without a counsel, and prepayment of $400.00 dollars. In your action papers, it is written that you can either have counseling assistance or not have counseling assistance. I could not afford counseling.

I am enclosing a check for filing fees of $400.00 dollars for Case No. 18-CV-1462, to continue this case matter. Chief Greg Straub, of DWD Civil Rights, from the State of Wisconsin, recommended a Federal Law Suit.

1. **Screening Under 28 U.S.C. S1915**
- My actions, as I see do not suffer from a number of defects. All actions, are clearly written as best as I can without counseling. These written papers, are the truth the whole truth and nothing but the truth God we Trust. As written, in your Report and Recommendation, **the action is not frivolous nor malicious this is (true) therefore,** under No. (1) Screening, you also state that my case <u>does not fail</u> to state a claim on which relief may be granted and does not seek monetary relief against the defendant (Judge Richard Niess) due to he has absolute immunity from damages for his judicial conduct. Whether, I can take action on Judge Richard Niess, has no bearing on having my case moving forward, with a Federal Law Suit. There are other individuals, who should compensate for these actions. They would include, Attorney Ginger Murray and Michael L. Kalscheuer, due to conspiracy.

- It has been almost four (4) years since I have seen my beautiful Grandchildren, Alex Jeremy Job and Riley Marie Job.

- I have done all that was asked of myself, to show I am in great health. Also, proven that I have no paranoia, as Judge Richard Niess said. I was cleared by (3) three Psychiatrist in (one) in Verona, and (two) in Madison Wisconsin. You have all documentation on these individuals in my documentation that I sent for this case.

- In your Report and Recommendation as written, my case does not FAIL to state a claim, which means, I have proven my case that should be reversed.

- Grandparents Visitation Rights, should be granted.

- Relief, should be made, by Attorney Ginger Murray and Michael L. Kalscheuer, for Conspiracy.

- I am not asking for relief from Amy and Jeremy Job, my daughter and son-in-law.

### A. Ability To Pay S(1915)(a)
- Regarding my $640.00 dollars, a month. At the time of September 28, 2018, my income was only of $500.00 from maintenance from my ex-husband, Michael L Kalscheuer. I just started back to work and received my first check, in the amount of $140.00 for the week before. Which is a total of $640.00 dollars. You stated on your report of Recommendations, that I have $250.00 dollars, in savings, I do not recall saying this in my statement, nor do I have $250.00 dollars in savings. As you stated in your report of recommendations, yes I have a home, I cannot afford to take out another mortgage, due to I have already taken out a second mortgage on my property, due to the lack of fund that were taken away in maintenance.

### B. Legal Sufficiency
- In screening number (1) you already stated that the Case No. 18-CV-1462 is not Frivolous nor Maliciaous, does **NOT** fail to state a claim. Which means, I have a claim for a Federal Law Suit, per Chief Greg Straub, DWD Civil Rights and Justice to be granted.
- I believe my evidence is clear and to the fact, to continue this case and matter. Again, my words are the Truth and Nothing but the Truth.

### 1. Complaint Allegations
- Yes, I wrote a letter to my daughter, Amy L. Job and to my Jeremy Job, my son in law. I wrote this letter, so it would open their eyes and see what my concerns were for Alex and Riley Job, my Grandchildren's.
- This case has turned into (1) Conspiracy (2) Negligence and (3) Libel and Slander that have all taken place in this case matter. As Judge Reynolds, Presiding on April 2018, when I asked is this case a conspiracy, and she nodded her head yes with her hands up in the air, standing at her podium.
- Yes, (I) Luanne Marie Kalscheuer, Maternal Grandmother, of Alex and Riley Job, took care of Alex Job for Seven (7) years and Riley Two (2) years. I would recommend, that you write their names in full, not R.J. and A.J. this could be anyone and is not written politely, to acknowledge such beautiful children, that I have missed for almost Four (4) years.
- Not only did I see abuse, but in hope that everything in my letter to my son in law and daughter would stop. I hope the abuse is stopped. I was help taking care of my Grandchildren as a Maternal Grandmother for, Alex Job and Riley Job for day care, and have taken GAL Guardian Ad Litem sessions, from the State Bar of Wisconsin, for adult and Children. As I stated, in written documents, that my Grandson, Alex Job, has shared some of the abuse to me and shown by Riley Job, the abuse.
- I have taken some courses in Paralegal, which you might be able to tell, in my writing these documents. I had to stop my Paralegal Program, due to my ex-husband maintenance to me.
- In the State of Wisconsin, divorce statues, the one who makes most income, has to help the other get back on their feet. This did not happen, I had to cancel my Paralegal Program.

- This is why, I have to do my own, objections and writing. My Appeal is with the Federal Law, who works for the State of Wisconsin and for Justice.
- As you stated in your Review of Recommendation Report, that Judge Richard Niess, has immunity from damages, for his Judicial Conduct. Attorney John Albert, was the last (GAL) Guardian Ad Litem, nor should he have been able to give his recommendation on January 2017. Response of no grandparent's visitation rights. I was told by Judge Richard Niess, receptionist that Attorney John Albert (GAL) was no longer on this case.
- Attorney Ginger Murray and Michael L Kalscheuer, are in conspiracy, not only in this case but in another case, that I have written to you about. Once again, Chief Greg Straub, DWD Civil Rights, advised me to send documents to Federal Law.

**In May of 2018, I lost my job, due to discrimination and criminal actions from my employer. My unemployment, was denied. I did an Appeal myself, Luanne Marie Kalscheuer, and WON my case and now receiving Unemployment Payments. I am pursuing charges against this employer with an attorney.**

### 2. Legal Analysis
- Someone, has to pay relief for damages as stated and written in your document on Report and Recommendation. I believe that, Attorney Ginger Murray and Michael Kalscheuer, are responsible and possible the State of Wisconsin.
- I understand when you say, that Eastern District of Wisconsin, does not appear to be the proper venue for this action, but maybe in this case number 18-CV1462, it should be. In my legal dictionary terms, that a change of venue like this, is why Chief Greg Straub, DWD Civil Rights recommended this change to the Federal Law for action.
- **Change of Venue-or removal of the proceeding to a different district or county.**
- **Forum-a place where remedies afforded by the law are pursed.**
- Third complaint, where parents have the fundamental rights of their children. The constitutional rights however, does not extend to grandparents visitation rights.
- Should the State of Wisconsin, pay relief on damages for (myself) Luanne Marie Kalscheuer, and Alex J. Job and Riley M. Job.
- Regarding the **words** (NON Prisoner) I took these words very personally. These words are very harsh, that I would think you wouldn't even have to mention them. I was only trying to save my grandchildren for any more abuse, nor would I think of taking them away from my daughter or son in law.
- Furthermore, (1) (one Judges)  Judge Hendrich, from the State of Wisconsin, both said to do an APPEAL. I asked two attorney's in the past three months to do an appeal. They both rejected, one said to do things on my own, and the other said she would do for sure Riley and Alex Job's case, but then turned it down for whatever reason. So no one listens to what a judges ask of them, this is why we had to send all information to the Federal Law Suit.

### Conclusion

I wrote a letter to my daughter and son in law, to only help them, not hurt them in anyway. I did not want another person to turn them in for the abuse.

Again, my $400.00 dollar check is enclosed for Case No. 18-CV-1462

I am objecting to have this case dismiss, Case No. 18-CV-1462, due to the information and evidence in this matter.

If my Father, who is (deceased) Arthur Charles Laufenberg, my Mother who is (deceased) Leona Katherine Laufenberg, were here today, they would be so upset that this matter had taken place. They would have thought, who could do this to any grandmother, to lose her grandchildren over a letter of truth. I never harassed my daughter or son in law, only tried to help. The was a onetime letter. I never stepped over bounds in any other way. My Father and Mother, thought so much of grandchildren, this would have broken their hearts. I need justice for all.

Please do not dismiss this case, show justice, IN GOD WE TRUST. Please help do justice for, Alex J. Job and Riley M. Job and (myself) Luanne Marie Laufenberg Kalscheuer.

Kindred Spirits-Meaning are two people that make a special connection by sharing a bond that has joined them by the means of an experience that has drawn them together on a higher level of consciousness.

Kindred Spirits-I promised my Grandson Alex J. Job and my Grandaughter, Riley M. Job that I would not got out to see a Movie without them. This is one of the special things we would do together. Everyone, should know what Kindred Spirits are. I believe that the Federal Law, knows what I am speaking of in the words above and in this paragraph. Four (4) Years, has almost passed by, since February of 2015. These are two very special Grandchildren of mine and God gave us these talents, (Kindred Spirits) for a reason.

I am asking, Please move on in this sad case, I told the truth in my letter for my Grandchildren, Alex J. Job and Riley M. Job. Please give us the best CHRISTMAS THIS YEAR TO BE TOGETHER AGAIN AND FOREVER.

Sincerely,

Luanne Marie Kashur

Luanne Marie Kalscheuer

Notary of Republic

_____ and This Day on _15_ October 2018
Name
exp. 2/14/2020

[Notary Public Seal: CHARLENE HUBBLE, STATE OF WISCONSIN]