

United States District Court
Case No 18-CV-1462
Attention Mediation Judge

2018 NOV 28 P 12: 42

STEP... C. DRIES
CLERK

November 25, 2018

RE: Kalscheuer V Niess
Amy and Jeremy Job
Attorney Ginger Murray

    This letter is in regards to Grandparent's Visitation Rights, Case No 18-CV-1462. Maternal Grandmother, Luanne Marie Laufenberg Kalscheuer and Grandchildren, Alex and Riley Job.

    I have not received a response since the signing of our court contract, signed on September 25, 2018, two months ago. I have submitted the fee of $400.00 dollars and has cleared my checking account about one and a half months ago.

    Mediation: a method of settling disputes outside of a court room, the imposition of a neutral party (third party) to act as a link between the parties, similar to Arbitration. A faster way of solving issues.

    In my last response to you, I asked to have Grandparents Visitation Rights for this Christmas of 2018 and thereon to continue Grandparents Visitation Rights. Please respond, as soon as possible. Thanks for all your help in this matter.

    My harassment charge, is just about completed. I have been treated like a criminal through all four years. This charge will end March 2019. Criminals have been treated better than I have been. I did not deserve such treatment, I was only caring for my Grandchildren, Alex and Riley Job. What they brought to my attention and what I visually saw and listened to. We need to come to mends. I miss my Grandchildren, Alex and Riley Job very much. I believe no one has the rights to stop visitation rights any longer.

    I would like to share my education background and some of the experiences I have gone through. Some of the challenges that I have accomplished in the past years.

    Education:
1) Psychology to Human Relations, a class of Paralegal
2) Communications One and Two, a class of Paralegal
3) Business Mathematics
4) Marketing
5) Psychology in Behaviors for Adult and Children (2018) year Honor Student with Madison College and all above courses with Madison College. Certificate
6) Early Child Care Education (Learning Center) (2018) year Certified
7) C.P.R. and AED Certified (2018)
8) Guardian Ad Litem for Adult and Children, with the State Bar of Wisconsin.
9) The Ginger Bread House, (2015) saved a young child from choking.

10) I personally stopped at a two car accident, between McFarland Wisconsin and Stoughton Wisconsin in the year of 2015. This story is about Spiritual work. There was another respondent besides myself. This other respondent, was checking into a car to see if this person was ok. I got out of my car and approached to the same car. While I was walking over to the other respondent and the car the person who was injured in, the other respondent in spirit, said to me to go back and call (911) and I did. This is to show how our spirits work and to show that we are highly educated in what we can do. A great accomplishment.

11) I Luanne Marie Laufenberg Kalscheuer, personally on my own, without an Attorney of Law at my side, WON AN APPEAL. This appeal was in regards to employer on discrimination charges on three counts. The first judge, who I will not name, said unemployment benefits were denied. I received a letter to see if I wanted to do an Appeal and I did.
I appealed this case and won with all of my evidence. I have the right to a Law Suit with this employer.

12) The best thing in my life that I have accomplished was to take care of my Grandchildren, Alex and Riley Job for seven years.

13) My goal is to write some children's books. To write on spiritual welfare for adults and children.

Please grant Grandparents Visitation Rights for myself Luanne Marie Laufenberg Kalscheuer and Grandchildren Alex and Riley Job. I miss my grandchildren very much, please respond as soon as possible. Mediation should take less time than a normal court hearing, per your contract. This is why I went this way of Mediation. Thank you again for all your help!

Sincerely,

*Luanne Marie Laufenberg Kalscheuer*

Luanne Marie Laufenberg Kalscheuer

Please make this an inspiring Story of life.
Liberty + Pursuit of Happiness
Bring back our happiness —
Thank You For all your help —?

AMERICAN COLLECTOR'S SPECIAL ISSUE

# FOUNDING FATHERS

*The Inspiring Story of Life, Liberty and the Pursuit of Happiness*



**THE ENDURING LEGACY OF AMERICAN FREEDOM**

Clockwise from top left: Benjamin Franklin, George Washington, Alexander Hamilton, John Adams, Thomas Jefferson and James Madison

2018 Special Edition
Back By Popular Demand
**CENTENNIAL ENTERTAINMENT**

$12.99
Display Until 12/24/18

Case 2:18-cv-01462-PP   Filed 11/28/18   Page 3 of 3   Document 8